UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-533-T-17TGW

DANIEL ANTHONY WEYMOUTH.

_____/

ORDER

This cause is before the Court sua sponte. Defendant Daniel Anthony Weymouth is currently on supervised release. The Court notifies pro se Defendant Weymouth that, in order to seek review of any issue, Defendant Weymouth must file a motion in this case to bring the issue before the Court for resolution. Any motion must include the case name and number (above), and may be mailed to the Clerk of Court for filing. A phone call or email to Chambers is not sufficient; the Court directs Defendant Weymouth to refrain from contacting Chambers directly to lodge any request Defendant Weymouth may have. Accordingly, it is

**ORDERED** that Defendant Daniel Anthony Weymouth **shall file** a motion in this case in order to bring an issue before the Court for resolution, and **shall refrain** from contacting Chambers directly to request relief of any kind. The Clerk of Court **shall provide** a copy of this Order to pro se Defendant by U.S. Mail.

Case No. 8:12-CR-533-T-17TGW

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of July, 2017.

*/s/ Elizabeth A. Kovachevich*
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Daniel Anthony Weymouth
16116 East Lake Burrell Dr.
Lutz, FL    33549